**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-2261

_____

RONDELL TONEY,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; UNITED STATES MARINE
CORPS; COMMANDANT OF THE UNITED STATES MARINE
CORPS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville. Richard L. Voorhees,
District Judge. (CA-03-126)

_____

Submitted: February 18, 2005          Decided: March 2, 2005

_____

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rondell Toney, Appellant Pro Se. James Michael Sullivan, Assistant
United States Attorney, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rondell Toney appeals the district court's order granting the Government's motion to dismiss Toney's civil action under the Federal Tort Claims Act as barred by the two-year statute of limitations of 28 U.S.C. § 2401(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Toney v. United States, No. CA-03-126 (W.D.N.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED